Stuart J. Miller (SJM 4276)
**LANKENAU & MILLER, LLP**
132 Nassau Street, Suite 1100
New York, NY 10038
P: (212) 581-5005 F: (212) 581-2122

Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
**THE GARDNER FIRM, P.C.**
182 St. Francis Street, Suite 103
Mobile, AL 36602
P: (251) 433-8100 F: (251) 433-8181

JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT GUNDERSON on his own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTA DEVICES, INC.,<br><br>Defendant. | Case No. 5:19-cv-08017<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND FILE FIRST AMENDED COMPLAINT**<br>as modified |
| Also related in this action is:<br><br>DANIEL PATTERSON, BEN LENAIL, BRENDAN KAYES, JAMES BUSTAMANTE, OCTAVI SEMONIN, ANNETT SUESS, and GLENN GARCIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v. | Case No. 5:20-CV-00296-LHK |

**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND FILE FIRST AMENDED COMPLAINT**

| | |
|---|---|
| ALTA DEVICES, INC.; HANERGY HOLDING GROUP, LTD., | |
| Defendants. | |

Pursuant to Local Civil Rule 7-12, Plaintiffs respectfully file this Stipulation to consolidate the above cases and to file an Amended Complaint.

WHEREAS, the parties hereby stipulate and agree, by and through their counsel of record, to consolidate the above cases through the filing of Plaintiffs' First Amended Complaint, which is attached hereto.

NOW THEREFORE, the parties hereby stipulate and agree, by and through their counsel of record, that allowing such filing at the present time is in the interest of justice and will promote the efficient resolution of the asserted claims. Accordingly, the parties respectfully request that the Court consolidate the above cases and permit the filing of the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: June 22, 2020

**LANKENAU & MILLER, LLP**

By: _/s/ Stuart J. Miller_
      STUART J. MILLER

**THE GARDNER FIRM, P.C.**

By: _/s/ Mary E. Olsen_
      MARY E. OLSEN
      VANCE McCRARY

**COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Justin T. Berger_
      JUSTIN T. BERGER
      SARVENAZ "NAZY" J. FAHIMI

*Attorneys for Plaintiffs and the Proposed Class*

Dated: June 22, 2020

**SAC ATTORNEYS LLP**

By: _/s/ Christopher W. Loweth_
      JAMES CAI
      BRIAN A. BARNHORST
      CHRISTOPHER W. LOWETH
*Attorneys for Defendant Alta Devices, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff SHALL separately file the consolidated complaint.

Dated: June 23, 2020

*Beth Labson Freeman*

JUDGE OF THE DISTRICT COURT