**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT GUNDERSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALTA DEVICES, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-08017-BLF<br><br>**JUDGMENT** |

The Court having granted Plaintiffs' Motion for Summary Judgment for the reasons specified in that Order (ECF No. 63), the Court hereby enters judgment on both of Plaintiffs' claims for violation of 29 U.S.C. § 2104 and Cal. Lab. Code § 1404 in favor of all members of the certified Class in the aggregate amount of Four Million Five Hundred Fifty-Six Thousand Two Hundred Ninety Dollars and Seven Cents ($4,556,290.07), as set forth in the affidavit of Class Counsel Mary E. Olsen and the supporting attachment, *see* ECF No. 61-1, Ex. 5.

**IT IS SO ORDERED.**

Dated: September 29, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge